**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-16-01324-01-PHX-DJH |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| Tamra Kelly, | |
| Defendant. | |

On January 24, 2017, Tamra Kelly (the "Defendant") appeared before this Court on a Petition to Revoke Conditions of Release.  The Court has considered the information provided to the Court and the arguments of counsel in determining whether the Defendant should be released on conditions set by the Court.

The Court makes the following findings under 18 U.S.C. § 3148(b)(1):

☐  There is probable cause to believe that the Defendant has committed a Federal, State, or local crime while on release.

☒  There is clear and convincing evidence that the Defendant has violated the conditions of release.

The Court makes the following findings under 18 U.S.C. § 3148(b)(2):

☐  <u>Rebuttable Presumption where Probable Cause to Believe Felony Committed on Pretrial Release</u>.  The Defendant has failed to rebut the presumption that no condition or combination of conditions will assure that the Defendant will not pose a danger to the safety of any other person or the community.  *See* 18 U.S.C. § 3148(b)(2)

1  (providing that rebuttable presumption of dangerousness applies if
2  there is probable cause to believe that while on release a defendant
3  has committed a Federal, State, or local felony).

4  ☒  Flight Risk.  After considering the factors set forth in 18 U.S.C. §
5  3142(g), the Court finds by a preponderance of the evidence that there
6  is no condition or combination of conditions of release that will assure
   that the Defendant will not flee.  *See* 18 U.S.C. § 3148(b)(2)(A); *U.S.*
7  *v. Gotti*, 794 F.2d 773, 778 (2nd Cir. 1986) (holding that "findings
8  made under section 3148(b) may be established by a preponderance of
9  the evidence").

10  ☐  Dangerousness.  After considering the factors set forth in 18 U.S.C. §
11  3142(g), the Court finds by a preponderance of the evidence that there
12  is no condition or combination of conditions of release that will assure
13  that the Defendant will not pose a danger to the safety of any other
14  person or the community.  *See* 18 U.S.C. § 3148(b)(2)(A); *Gotti*, 794
   F.2d at 778.
15

16  ☒  Compliance with Conditions.  The Court finds by a preponderance of
   the evidence that the Defendant is unlikely to abide by any condition
17  or combination of conditions of release.   *See*  18 U.S.C. §
18  3148(b)(2)(B); *Gotti*, 794 F.2d at 778.
19

20  **IT IS THEREFORE ORDERED** that the Defendant be detained pending further
   proceedings.
21
   Dated this 24th day of January, 2017.
22

23

24  _____

25  Honorable Eileen S. Willett
    United States Magistrate Judge
26

27

28

- 2 -